UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED

March 25, 2026

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

   v.

DUSTIN SHEPARD BRIDGERS,

      Defendant.

Case No.  2:26-mj-00033-AC

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  DUSTIN SHEPARD BRIDGERS ,

Case No.  2:26-mj-00033-AC , Charge 18 USC § 1361, from custody for the following

reasons:

   X  Release on Personal Recognizance

      Bail Posted in the Sum of $ _____

          Unsecured Appearance Bond $ _____

          Appearance Bond with 10% Deposit

          Appearance Bond with Surety

          Corporate Surety Bail Bond

          (Other):

Sacramento County Jail is further ORDERED to release the defendant with a

30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on March 25, 2026, at 3:00 PM.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE